1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17
18

| | |
|---|---|
| RICHARD TREVINO, | ) Case No. SA CV 12-0185 JCG |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendant. | ) |

19      IT IS ADJUDGED that the decision of the Commissioner of the Social

20  Security Administration is **REVERSED** and this matter **REMANDED**, pursuant to

21  sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent

22  with the Court's Memorandum Opinion and Order filed contemporaneously with the

23  filing of this Judgment.

24
25  DATED: February 20, 2013

26
27  _____
                Hon. Jay C. Gandhi
28              United States Magistrate Judge